**gusto**

# Earnings Statement

Pay period: Apr 16, 2021 - Apr 30, 2021 Pay Day: May 6, 2021
Kim Williford's bank account ( . . . 0991): $21.71

**Company**

AVS International, PLLC
Olympus Cove Veterinary Clinic
3243 E 3300 S
Salt Lake City, UT 84109
801-485-6060

**Employee**

Kim Williford
XXX-XX-7470
152 Cowan Rd
Milford, TX 76670

### Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $23.50 | 1.0 | $23.50 | $1,453.02 |
| Overtime | $35.25 | 0.0 | $0.00 | $0.00 |
| Double Overtime | $47.00 | 0.0 | $0.00 | $0.00 |
| Total Hours Worked | | 1.0 | | |
| Sick | | | | $56.64 |
| Additional Earnings | | | $0.00 | $43.45 |
| Gross Earnings | | | $23.50 | $1,553.11 |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $1.45 | $96.29 |
| Medicare | $0.34 | $22.52 |

### Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $1.45 | $96.29 |
| Medicare | $0.34 | $22.52 |
| FUTA | $0.14 | $9.31 |
| UT Unemployment Insurance Tax | $0.05 | $3.11 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $23.50 | $1,553.11 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $1.79 | $118.81 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $21.71 | $1,434.30 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $21.71 | $1,434.30 |

### Sick Policy

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | +0.03 |
| Remaining Sick Balance | 2.06 |

# gusto

# Earnings Statement

Pay period: Off-Cycle Payroll
May 1, 2021 - May 15, 2021 Pay Day: May 24, 2021 Kim Williford's bank account ( . . . 0991): $110.25

**Company**
AVS International, PLLC
Olympus Cove Veterinary Clinic
3243 E 3300 S
Salt Lake City, UT 84109
801-485-6060

**Employee**
Kim Williford
XXX-XX-7470
152 Cowan Rd
Milford, TX 76670

## Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $23.50 | 5.08 | $119.38 | $1,607.65 |
| Overtime | | | | $0.00 |
| Double Overtime | | | | $0.00 |
| Total Hours Worked | | 5.08 | | |
| Sick | | | | $56.64 |
| Additional Earnings | | | $0.00 | $43.45 |
| Gross Earnings | | | $119.38 | $1,707.74 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $7.40 | $105.88 |
| Medicare | $1.73 | $24.76 |

## Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $7.40 | $105.88 |
| Medicare | $1.73 | $24.76 |
| FUTA | $0.72 | $10.24 |
| UT Unemployment Insurance Tax | $0.24 | $3.42 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $119.38 | $1,707.74 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $9.13 | $130.64 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $110.25 | $1,577.10 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $110.25 | $1,577.10 |

## Sick Policy

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Sick Balance | 2.11 |

# gusto

# Earnings Statement

Pay period: May 16, 2021 - May 31, 2021 Pay Day: Jun 4, 2021
Kim Williford's bank account ( . . . 0991): $55.78

**Company**
AVS International, PLLC
Olympus Cove Veterinary Clinic
3243 E 3300 S
Salt Lake City, UT 84109
801-485-6060

**Employee**
Kim Williford
XXX-XX-7470
152 Cowan Rd
Milford, TX 76670

## Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $23.50 | 2.57 | $60.40 | $1,668.05 |
| Overtime | $35.25 | 0.0 | $0.00 | $0.00 |
| Double Overtime | $47.00 | 0.0 | $0.00 | $0.00 |
| Total Hours Worked | | 2.57 | | |
| Sick | | | | $56.64 |
| Additional Earnings | | | $0.00 | $43.45 |
| Gross Earnings | | | $60.40 | $1,768.14 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $3.74 | $109.62 |
| Medicare | $0.88 | $25.64 |

## Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $3.74 | $109.62 |
| Medicare | $0.88 | $25.64 |
| FUTA | $0.36 | $10.60 |
| UT Unemployment Insurance Tax | $0.12 | $3.54 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $60.40 | $1,768.14 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $4.62 | $135.26 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $55.78 | $1,632.88 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $55.78 | $1,632.88 |

## Sick Policy

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | +0.09 |
| Remaining Sick Balance | 2.20 |

# gusto

# Earnings Statement

Pay period: Jun 1, 2021 - Jun 15, 2021 Pay Day: Jun 22, 2021
Kim Williford's bank account ( . . . 0991): $98.75

**Company**
AVS International, PLLC
Olympus Cove Veterinary Clinic
3243 E 3300 S
Salt Lake City, UT 84109
801-485-6060

**Employee**
Kim Williford
XXX-XX-7470
152 Cowan Rd
Milford, TX 76670

## Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $23.50 | 4.55 | $106.93 | $1,774.98 |
| Overtime | $35.25 | 0.0 | $0.00 | $0.00 |
| Double Overtime | $47.00 | 0.0 | $0.00 | $0.00 |
| Total Hours Worked | | 4.55 | | |
| Sick | | | | $56.64 |
| Additional Earnings | | | $0.00 | $43.45 |
| Gross Earnings | | | $106.93 | $1,875.07 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $6.63 | $116.25 |
| Medicare | $1.55 | $27.19 |

## Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $6.63 | $116.25 |
| Medicare | $1.55 | $27.19 |
| FUTA | $0.64 | $11.24 |
| UT Unemployment Insurance Tax | $0.21 | $3.75 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $106.93 | $1,875.07 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $8.18 | $143.44 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $98.75 | $1,731.63 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $98.75 | $1,731.63 |

## Sick Policy

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | +0.15 |
| Remaining Sick Balance | 2.35 |