# Payment Summary List

## Claimant Information

**Name:**
WAYNE WILLIFORD

**Social Security Number (SSN):**
XXX-XX-5980

## Claim Information

There are no benefits left on your current claim, which is in effect until Dec 25, 2021. You may file a new claim on Dec 26, 2021.

| | |
|---|---|
| Claim Type: | **Temporary Unemployment Benefits** |
| Claim Start Date: | - - - |
| Weekly Benefit Amount: | **$521.00** |
| Maximum Possible Benefits: | **$6,773.00** |
| Benefits Paid to Date: | **$6,773.00** |
| Benefits Remaining: | **$0.00** |
| Your Scheduled Filing Day is : | **WEDNESDAY** |

## Payment Summary

| Week(s) | TWC Processed Date | Deduction(s) | Payment |
|---|---:|---:|---:|
| Mar 14, 2021 to Mar 20, 2021 | - - - | $0.00 | $821.00 |
| Mar 07, 2021 to Mar 13, 2021 | - - - | $0.00 | $821.00 |
| Feb 28, 2021 to Mar 06, 2021 | - - - | $0.00 | $821.00 |
| Feb 21, 2021 to Feb 27, 2021 | - - - | $0.00 | $821.00 |
| Feb 14, 2021 to Feb 20, 2021 | - - - | $0.00 | $821.00 |
| Feb 07, 2021 to Feb 13, 2021 | - - - | $0.00 | $821.00 |
| Jan 31, 2021 to Feb 06, 2021 | - - - | $0.00 | $821.00 |
| Jan 24, 2021 to Jan 30, 2021 | - - - | $0.00 | $821.00 |
| Jan 17, 2021 to Jan 23, 2021 | - - - | $0.00 | $821.00 |
| Jan 10, 2021 to Jan 16, 2021 | - - - | $0.00 | $821.00 |
| Jan 03, 2021 to Jan 09, 2021 | - - - | $0.00 | $821.00 |
| Dec 27, 2020 to Jan 02, 2021 | - - - | $0.00 | $821.00 |
| Dec 20, 2020 to Dec 26, 2020 | - - - | $0.00 | $521.00 |

# Payment Summary List

## Claimant Information

**Name:**
WAYNE WILLIFORD

**Social Security Number (SSN):**
XXX-XX-5980

## Claim Information

| | |
|---|---|
| Claim Type: | **Temporary Unemployment Benefits** |
| Claim Start Date: | - - - |
| Weekly Benefit Amount: | **$521.00** |
| Maximum Possible Benefits: | **$27,613.00** |
| Benefits Paid to Date: | **$13,025.00** |
| Benefits Remaining: | **$14,588.00** |
| Next Date to Request Payment: | **On your scheduled filing day during the week beginning WEDNESDAY** |
| Your Scheduled Filing Day is : | **WEDNESDAY** |

## Payment Summary

| Week(s) | TWC Processed Date | Deduction(s) | Payment |
|---|---|---|---|
| Jun 06, 2021 to Jun 12, 2021 | - - - | $0.00 | $821.00 |
| May 30, 2021 to Jun 05, 2021 | - - - | $0.00 | $821.00 |
| May 23, 2021 to May 29, 2021 | - - - | $0.00 | $821.00 |
| May 16, 2021 to May 22, 2021 | - - - | $0.00 | $821.00 |
| May 09, 2021 to May 15, 2021 | - - - | $0.00 | $821.00 |
| May 02, 2021 to May 08, 2021 | - - - | $0.00 | $821.00 |
| Apr 25, 2021 to May 01, 2021 | - - - | $0.00 | $821.00 |
| Apr 18, 2021 to Apr 24, 2021 | - - - | $0.00 | $821.00 |
| Apr 11, 2021 to Apr 17, 2021 | - - - | $0.00 | $821.00 |
| Apr 04, 2021 to Apr 10, 2021 | - - - | $0.00 | $821.00 |
| Mar 28, 2021 to Apr 03, 2021 | - - - | $0.00 | $821.00 |
| Mar 21, 2021 to Mar 27, 2021 | - - - | $0.00 | $821.00 |
| Dec 13, 2020 to Dec 19, 2020 | - - - | $0.00 | $521.00 |
| Dec 06, 2020 to Dec 12, 2020 | - - - | $0.00 | $521.00 |
| Nov 29, 2020 to Dec 05, 2020 | - - - | $0.00 | $521.00 |
| Nov 22, 2020 to Nov 28, 2020 | - - - | $0.00 | $521.00 |
| Nov 15, 2020 to Nov 21, 2020 | - - - | $0.00 | $521.00 |
| Nov 08, 2020 to Nov 14, 2020 | - - - | $0.00 | $521.00 |
| Nov 01, 2020 to Nov 07, 2020 | - - - | $0.00 | $521.00 |
| Oct 25, 2020 to Oct 31, 2020 | - - - | $0.00 | $521.00 |
| Oct 18, 2020 to Oct 24, 2020 | - - - | $0.00 | $521.00 |
| Oct 11, 2020 to Oct 17, 2020 | - - - | $0.00 | $521.00 |
| Oct 04, 2020 to Oct 10, 2020 | - - - | $0.00 | $521.00 |
| Sep 27, 2020 to Oct 03, 2020 | - - - | $0.00 | $521.00 |

| Week(s) | TWC Processed Date | Deduction(s) | Payment |
|---|---|---|---|
| Sep 20, 2020 to Sep 26, 2020 | - - - | $0.00 | $521.00 |